IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| RACHEL MARIE JAMES,<br><br>**Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTION, INC.,**<br><br>**Defendant.** | Civil Action No. 3:25-CV-00696 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby removes Case No. 25CV032064-590 currently pending in the General Court of Justice Superior Court of Mechlenburg County, North Carolina ("State Action") to the United States District Court for the Western District of North Carolina. Removal of the State Court Action to this Court is proper for the following reasons:

### I.   PROCEDURAL HISTORY AND BACKGROUND

1. On or about June 24, 2025, Plaintiff Rachel Marie James ("Plaintiff") filed a Complaint (the "Complaint") in the General Court of Justice Superior Court of Mechlenburg County, styled *Rachel Marie James v. Experian Information Solutions, Inc.,* Case No. 25CV032064-590.

2. The Complaint was served upon Experian on August 11, 2025.

3. Specifically, in the Complaint, Plaintiff alleges violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.*

## II. GROUNDS FOR REMOVAL

4. Federal courts have original jurisdiction of all cases that arise under federal law, 28 U.S.C. § 1331, and such cases are explicitly within this Court's removal jurisdiction. *See* 28 U.S.C. § 1441(b) (providing that the courts have removal jurisdiction for any action in which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States).

5. The FCRA is a federal statute, and the basis of Plaintiff's claims is that Experian committed violations of this statute.

6. Experian's position is that it did not violate any federal or state law as it relates to Plaintiff.

7. The parties' claims and defenses thus rest in part on an interpretation of 15 U.S.C. § 1681 *et seq*. Therefore, this case explicitly concerns federal law.

## III. COMPLIANCE WITH STATUTORY REQUIREMENTS

8. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Experian from the State Court Action are attached hereto as **Exhibit A**. Upon information and belief, no other related process, pleadings, or orders have been served upon Experian.

9. This Notice is being filed within 30 days after Experian's receipt of a copy of the initial pleading setting forth the claim for relief upon which the action is based, as required by 28 U.S.C. § 1446(b).

10. Upon review of the Court's electronic filing system, no previous Notice of Removal has been filed or made with this Court for the relief sought herein.

11. The United States District Court for the Western District of North Carolina is the federal judicial district encompassing the General Court of Justice Superior Court of Mechlenburg County, where this suit is currently pending. Venue is therefore proper under 28 U.S.C. § 1441(a).

12. Pursuant to the provisions of 28 U.S.C. § 1446(d), Experian will promptly file a copy of this Notice of Removal with the Clerk of the General Court of Justice Superior Court of Mechlenburg County and will serve a copy upon Plaintiff. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B**.

13. Accordingly, pursuant to 28 U.S.C. §§ 1331 and 1441, the present lawsuit may be removed from the General Court of Justice Superior Court of Mechlenburg County and brought before the United States District Court for the Western District of North Carolina.

## IV. RESERVATION OF RIGHTS

14. Experian denies any and all allegations contained in Plaintiff's Complaint or in any other filing in the State Court Action, and files this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in its favor in either state or federal court.

15. Further, in making the allegations in this Notice of Removal, Experian does not concede in any way that the allegations in the Complaint are properly raised against Experian, that Plaintiff has asserted claims upon which relief can be granted, or that recovery of any of the amounts sought is authorized or appropriate.

16. Experian reserves the right to amend or supplement this Notice of Removal. And, in this regard, if any questions arise as to the propriety of the removal of the State Court Action, Experian expressly requests the opportunity to present a brief, oral argument, and/or any further evidence necessary in support of its position that this action is removable.

WHEREFORE, having met all the requirements for removal, Defendant Experian Information Solutions, Inc. respectfully removes this case from the General Court of Justice Superior Court of Mechlenburg County to the United States District Court for the Western District of North Carolina, and seeks whatever further relief this Court deems equitable and just.

Dated: September 10, 2025

Respectfully submitted,

*/s/ Lauren V. Boone*
Lauren V. Boone (N.C. Bar No. 59249)
North Carolina Bar No. 59249
TROUTMAN PEPPER LOCKE, LLP
301 S College Street, 34th Floor
Charlotte, NC 28202
Telephone: (704) 998-4099
Email: lauren.boone@troutman.com
*Attorney for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that a copy of the foregoing was sent via U.S. Mail to:

Rachel Marie James
11434 Rising Star Ct
Charlotte, NC 28215
Rachelljames134@gmail.com
*Pro se plaintiff*

                                              */s/ Lauren V. Boone*
                                              Lauren V. Boone (N.C. Bar No. 59249)
                                              *Attorney for Defendant Experian Information Solutions, Inc.*